This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**TAAMER FASHEH**,

    Petitioner-Appellant,

v.                                   **NO. 35,302**

**DANEA LEIGH**,

    Respondent-Appellee,

and

**STATE OF NEW MEXICO ex rel.,**
**STATE OF FLORIDA,**

    Intervenor-Appellee.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Sarah C. Backus, District Judge**

Taamer Fasheh
Taos, NM

Pro Se Appellant

Dwight E. Thompson Law Office, PC
Dwight Ewing Thompson
Savannah, GA

for Appellee

Hector H. Balderas, Attorney General
Lila Bird, Special Assistant Attorney General
Santa Fe, NM

for Intervenor-Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     **REVERSED.**

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**J. MILES HANISEE, Judge**